J-S04014-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GREGORY HARVEY | : | |
| | : | |
| Appellant | : | No. 705 EDA 2016 |

Appeal from the Judgment of Sentence February 29, 2016
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0009209-2014

BEFORE: SHOGAN, OTT, JJ., and STEVENS, P.J.E.[*]

CONCURRING STATEMENT BY STEVENS, P.J.E.:    **FILED MARCH 29, 2017**

I join the well-reasoned Majority but write separately to express my concerns about the current state of the law relative to Possessing Instruments of Crime, 18 Pa.C.S.A. § 907(a), (d).

We have no choice but to be bound by the precedent set by this Court in **Commonwealth v. Williams**, 808 A.2d 213, 215 (Pa.Super. 2002) which held that a walkie-talkie was not an instrument of crime because it was not used in the crime itself, but rather only facilitated the drug sales.

The law must recognize that technology advances provide the criminal element with many means of communication, such as cell phone, instant messaging, twitter, email, and private Facebook messages, for example.

---

[*] Former Justice specially assigned to the Superior Court.

To allow a specific means of communication, such as a cell phone, to be used to "facilitate" a crime but not be considered an "instrument of crime" frustrates legislative intent and is a distinction without a difference.

Clearly, the telephone used to facilitate the delivery of cocaine herein should qualify as an instrument of crime "possessed by the actor under circumstances not manifestly appropriate" for lawful uses. A telephone IS an instrument of crime when it is used as part and parcel of a drug deal or other crime.

I urge the legislature to amend 18 Pa.C.S.A. § 907 to allow for cell phones and other instruments of technology to be "instruments of crime" when used for an illegal purpose and specifically include language that using such instruments to "facilitate" a crime comes under the definition of instruments of crime.